### 20676. PIPPIN *v.* THE STATE.

BROYLES, C. J. 1. The excerpt from the charge, excepted to, when considered in the light of the charge as a whole and the facts of the case, is not error for any reason assigned.

2. The verdict was amply supported by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED OCTOBER 7, 1930.

*J. B. Jackson, W. M. Clark,* for plaintiff in error.
*Frank B. Willingham, solicitor-general,* contra.